HENRY D. TUCKER, Respondent, *v.* ELIZA A. STAUNTON et al., Appellants.

(Argued April 20, 1886; decided June 1, 1886.)

*Alfred Ely* for appellants.

*Henry D. Tucker* respondent in person.

Agree to affirm ; no opinion.

All concur.
Judgment affirmed.